UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 03-22046-CIV-WILLIAMS

JUAN A. SALINAS and
LUCILA FUENTES,

    Plaintiffs,

vs.

SUE ANN RAMSEY and
HILDA RAMSEY,

    Defendants.
_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE

**THIS MATTER** is before the Court on a *sua sponte* review of the record. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, this matter is **REFERRED** to Magistrate Judge Edwin G. Torres for all post-judgment matters.

**DONE AND ORDERED** in chambers in Miami, Florida, this 22nd day of June, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE