UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 03-22046-CIV-WILLIAMS

JUAN A. SALINAS,

    Plaintiff,

vs.

SUE ANN RAMSEY,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Torres's Report & Recommendation. (DE 67). In his Report (DE 45), Judge Torres recommends that the Court grant in part (DE 59; DE 65) Plaintiff's motion for an award of his attorneys' fees on appeal. Neither party filed objections to Judge Torres's Report.

Based on an independent and careful review of the record, Report, and applicable law, the Court **ORDERS AND ADJUDGES** that:

    1.    Judge Torres's Report (DE 67) is **AFFIRMED AND ADOPTED**.

    2.    Plaintiff's motion for attorneys' fees on appeal (DE 59; DE 65) is **GRANTED IN PART.**

    3.    Pursuant to Fed. R. Civ. P. 58, the Court will separately enter judgment.

**DONE AND ORDERED** in chambers in Miami, Florida, this 29th day of October, 2018.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE