UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 03-22046-CIV-WILLIAMS

JUAN A. SALINAS,

    Plaintiff,

vs.

SUE ANN RAMSEY,

    Defendant.
_____/

## ORDER ENTERING JUDGMENT

**THIS MATTER** is before the Court following entry of (DE 71) its Order granting in part (DE 59; DE 65) Plaintiff's motion for attorneys' fees on appeal. Based on the record and applicable law, the Court **ORDERS AND ADJUDGES** that Judgment is entered in favor of Plaintiff Juan A. Salinas against Defendant Sue Ann Ramsey in the amount of $16,596.25 for attorneys' fees incurred on appeal, plus post judgment interest according to law from the date of this judgment until the entire amount is paid, for which let execution issue.

**DONE AND ORDERED** in chambers in Miami, Florida this ___ day of October, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE